# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158700

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANTHONY MCCALLUM,
   Plaintiff-Appellee,

v

ANTRUM RUSHING, TORRON WATKINS, and
AARON HALEY,
   Defendants,
and

HARTFORD INSURANCE COMPANY OF THE
MIDWEST,
   Defendant/Cross-Defendant-
   Appellant,
and

AUTO CLUB INSURANCE ASSOCIATION,
   Defendant/Cross-Plaintiff-
   Appellee,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
   Defendant/Cross-Defendant-
   Appellee.
_____/

SC: 158700
COA: 343600
Wayne CC: 17-006776-NI

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk